**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § § | |
| | § | CIVIL NO.: 4:25-cv-1782 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| ALBERTO RODRIGUEZ-ISIDOR, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**COMPLAINT**

Plaintiff, United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), files this Complaint seeking an Emergency Court Order to permit involuntary hydration, physical examinations, blood draws, and involuntary feedings as medically necessary and indicated of Defendant Rodriguez-Isidor, an alien lawfully in detention at the Montgomery Processing Center (MPC). Mr. Rodriguez-Isidor was classified as a hunger striker on April 11, 2025, and is now on day 13 of his hunger strike. His refusal to eat and drink has reached a point where serious bodily injury is likely.

**JURISDICTION**

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1345 because the United States of America is the Plaintiff.

2. Courts have recognized that the United States has authority to prevent suicides by detainees and prisoners. *See Aamer v. Obama*, Nos. 13–5223, 13–5276, 13–5224, 13–5225,

2014 WL 519238 (D.C. Cir. Feb. 11, 2014) (acknowledging that absent exceptional circumstances prison officials may force-feed a starving inmate actually facing the risk of death); *In re Soliman*, 134 F.Supp.2d 1238 (N.D. Ala. 2001) (noting that the Government's interests in the preservation of life and other factors have provided a basis for ordering forced feeding of an immigration detainee); *In re Sanchez*, 577 F.Supp. 7 (S.D.N.Y. 1983) (the Government was permitted to force-feed civil contemnor who had gone on hunger strike and was in immediate danger of suffering permanent bodily damage as a result); *DHS v. Tortolo-Garcia*, No. 4:24-CV-02268, ECF No. 5 (S.D. Tex. June 18, 2024) (granting temporary restraining order to allow for involuntary medical monitoring, involuntary feeding, and hydration)(Ellison, J.); *DHS v. Ali*, No. 4:24-CV-02242, ECF No. 5 (S.D. Tex. June 14, 2024) (same) (Hanen, J.).

## VENUE

3.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this district, at the Montgomery Processing Center (MPC), located in Conroe, Texas.

## FACTS

4.      Defendant is an individual in ICE custody.

5.      Defendant is a citizen and national of Mexico. He had been detained under U.S. immigration laws at the Montgomery Processing Center (MPC), located in Conroe, Texas. from April 1, 2025. He was transferred to Ben Taub Hospital, Houston, Texas on April 16, 2025.

6.      Defendant has been on a self-imposed hunger strike and, as of April 17, 2025, has missed at least 21 consecutive meals and has lost at least 17 pounds, which reflects a loss of 10.75% of baseline body weight since the onset of his hunger strike. Defendant is taking minimal liquids but is spilling his bottled water and nutritional supplements on the floor, so staff is unable to measure his intake.

7.      Defendant's treating physician at MPC is concerned that involuntary hydration, blood draws, and a physical examination are now necessary to prevent further deterioration and serious medical complications. When medical intervention is required due to patient showing laboratory results and physical examinations consistent with severe malnutrition, it will be necessary to feed Mr. Alberto Rodriguez-Isidor a nutritional supplement through a nasogastric tube and/or intravenous line to provide him the nutrition he needs.  Continued fasting will result in permanent damage to his internal organs and has the potential to become life threatening. Metabolic imbalance, if left untreated, will cause fatal arrhythmia and/or cardiac arrest.

8.      If Defendant's medical condition worsens, Plaintiff will need to seek additional emergency relief from this Court.

### PRAYER FOR RELIEF

WHEREFORE, Petitioner prays:

a.      That the Court issue an Order directing the United States, through competent medical providers employed by or contracted with the Public Health Service, ICE Health Service Corps, or at private medical facilities to: (1) involuntarily hydrate and/or provide nutrition to Defendant; (2) perform physical evaluations on Defendant, take

his vital signs, and perform laboratory testing and blood draws; and (3) restrain Defendant, if necessary, to accomplish these procedures.

b.      That the Court set this matter for hearing as soon as practicable so that it can determine the rights of Defendant; and

c.      For other such relief as the Court deems appropriate.

Dated: April 17, 2025

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: */s/ Christina Cullom*
Christina Cullom
Assistant United States Attorney
Attorney-in-charge
Southern District No. 3825236
Texas Bar No. 24122806
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9962
Fax: (713) 718-3303
E-mail: Christina.Cullom@usdoj.gov