**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § | |
| | § | Civil Action No. 4:25-cv-1782 |
| Plaintiffs, | § § | |
| v. | § § | |
| ALBERTO RODRIGUEZ-ISIDOR, | § § | |
| Defendant. | § § | |

**NOTICE OF DISMISSAL**

In the above-captioned case, Plaintiffs previously requested—and the Court granted—a temporary restraining order permitting Plaintiffs to involuntarily feed, hydrate, and perform medical examinations on Defendant Alberto Rodriguez-Isidor, including restraining him if necessary to accomplish these procedures. *See* ECF No. 5. The undersigned counsel has been informed Defendant has since officially ended his hunger strike as of April 23, 2025. Moreover, no issues have re-emerged following Defendant's decision. The Government believes that dismissal without prejudice is appropriate at this juncture, in accordance with Rule 41 of the Federal Rules. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or summary judgment motion). Accordingly, Plaintiffs hereby dismisses this case without prejudice.

Dated: April 25, 2025                              Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: /s/ Christina Cullom
Christina Cullom
Assistant United States Attorney
Attorney in Charge
Southern District No. 3825236
Texas Bar No. 24122806
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9962
Fax: (713) 718-3303
E-mail: Christina.Cullom@usdoj.gov

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on April 25, 2025, the foregoing was filed and provided to ICE representatives to serve on Defendant.

/s/ Christina Cullom
Christina Cullom
Assistant United States Attorney