United States District Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-01782 |
| ALBERTO RODRIGUEZ-ISIDOR, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal. Doc. #6. In accordance with the Notice of Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

APR 2 8 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge